UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J JESUS VILLANO ALVAREZ,<br><br>                    Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>                    Respondents. | No. 1:26-cv-04824-DJC-CSK<br><br><br>RELEASE ORDER<br><br>A# 236-291-808 |

Petitioner J Jesus Villano Alvarez is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).  The Court has previously addressed the legal issues raised in Counts 2 and 3 of the Petition.  *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 5.) Neither party objected to the Court ruling directly on the merits of the petition. Respondents correctly noted that the Court initially cited cases concerning re-detention, but that Petitioner was not initially detained.  (ECF No. 6 at 2.)  The cases

cited above are thus more adjacent to Petitioner's situation. Respondents also note Petitioner's criminal history as a distinguishing factor. (*Id.* at 1–2.) However, the records provided by Respondents show convictions from over two decades ago. (ECF No. 6-1 at 4.) Respondents do not assert that these convictions separately subject Petitioner to any mandatory detention provisions. These convictions do not provide a justification to detain Petitioner without providing him a bond hearing and do not materially distinguish this case from the Court's prior orders.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Counts 2 and 3, for the reasons stated in those prior orders.[1]

Respondents are ORDERED to immediately release Petitioner J Jesus Villano Alvarez from their custody. Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered. This Order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

The Clerk of the Court is directed to serve Golden State Annex with a copy of this Order.

////

////

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.

2

The Clerk of the Court is further directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  __**July 3, 2026**__

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE